**MYCOGEN PLANT SCIENCE, INC., and Agrigenetics, Inc., Plaintiffs–Appellants,**

v.

**MONSANTO COMPANY, Defendant–Appellee.**

**No. 00–1127.**

United States Court of Appeals, Federal Circuit.

DECIDED: Feb. 19, 2004.

Craig R. Kaufman, Orrick, Herrington, Menlo Park, CA, Daniel J. Thomasch, Robert M. Isackson, Richard W. Mark, Geoffrey W. Millsom, Marc P. Berger, Orrick, Herrington, New York, NY, for Plaintiffs-Appellants.

John F. Lynch, Susan K. Knoll, Richard L. Stanley, Melinda L. Patterson, Michael E. Lee, Steven G. Spears, Howrey, Simon, Houston, TX, for Defendants-Appellees.

Before CLEVENGER, BRYSON, and LINN, Circuit Judges.

*ORDER*

The court has received a certified copy of the judgment from the clerk of the Supreme Court in *Mycogen Plant Sci., Inc. v. Monsanto Co.*, 535 U.S. 1109, 122 S.Ct. 2324, 153 L.Ed.2d 153 (2002). The Supreme Court vacated this court's judgment in *Mycogen Plant Sci., Inc. v. Monsanto Co.*, 252 F.3d 1306 (Fed.Cir.2001), and remanded for further consideration in light of *Festo Corp. v. Shoketsu Kinzoku Kogyo Kabushiki Co.*, 535 U.S. 722, 122 S.Ct. 1831, 152 L.Ed.2d 944 (2002).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The mandate is recalled and the appeal is reinstated.

(2) The case is returned for consideration to the original merits panel.